# Court of Appeals
# of the State of Georgia

ATLANTA,  May 30, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0128. OTTAVIANO v. WRIGHT.

The above-styled matter is before this Court on Dominic Ottaviano's "Emergency Motion for Relief Pursuant to Rule 40 (b)." It appears from the filings attached to Ottaviano's emergency motion that the trial court applied an improper standard in denying his request to proceed as an indigent as to the costs for preparing the record for appeal; accordingly, Ottaviano's emergency motion is hereby GRANTED. See *Mitchell v. Cancer CarePoint, Inc.*, 299 Ga. App. 881, 882-883 (1) (683 SE2d 923) (2009) ("[T]he proper forum for determining the truth of a pauper's affidavit is in the trial court, not in this court.") (citation omitted). The trial court is instructed to comply with the procedures set forth in OCGA § 9-15-2 in ruling on Ottaviano's request to proceed as an  indigent as to the costs for preparing the record for appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/30/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*